United States District Court
Southern District of Texas
**ENTERED**
October 08, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| Benito Salmeron-Angelina, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | Civil No. 4:26-cv-5077 |
| | § | |
| Todd Blanche, *et al.*, | § | |
| | § | |
| Respondents. | § | |

**ORDER DISMISSING PETITION**

Before the Court is Petitioner's Motion to Dismiss as Moot, Doc. 9, which the Court takes as unopposed because Respondents have not filed a timely response, *see* L. R. 7.4. Petitioner's Motion seeks dismissal of his Petition without prejudice because he has been granted pre-conclusion voluntary departure and will therefore no longer be subject to the detention challenged in this habeas action. *See* Docs. 9 at 1–2; 9-1 at 3. The Motion is GRANTED, and the Petition is DISMISSED WITHOUT PREJUDICE AS MOOT.

This is a FINAL JUDGMENT.

The Clerk shall provide a copy of this Final Judgment to the parties.

**SO ORDERED.**

**SIGNED** at Houston, Texas, on the 8th of October, 2026.

Nicholas J. Ganjei
United States District Judge